FILED
98 FEB -5 PM 1:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

THOMAS DUANE BLANCHARD, )
)
      Plaintiff, )
)
vs. ) CV 97-PT-3048-M
)
SHERIFF ROY WYNN, DANNY )
CROMER, BARBARA GENOVESE, )
BURT LATHAM, SCOTT LOYD, )
MARK HICKS, LIONEL SHAW, )
DARRYL BAKER, CORY FERGUSON, )
JAMES BUFORD, STEVE HARKIN, )
CINDY KEASLER, STACY WARE, )
and MARK LAMBERT, )
)
      Defendants. )

ENTERED
FEB 5 - 1998

## MEMORANDUM OF OPINION

      The magistrate judge filed a report and recommendation on January 5, 1997, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on January 21, 1998.

      Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 4th day of Feb., 1998.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

2